Dismissed and Opinion filed January 23, 2003









Dismissed and Opinion filed January 23, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01137-CV

____________

 

GEORGE DOYKAN AND CLAIRE DOYKAN, Appellants

 

V.

 

UNITED POOLS, INC., Appellee

 



 

On
Appeal from the County Civil Court at Law No. 3

Harris
County, Texas

Trial
Court Cause No. 744,440

 



 

M
E M O R A N D U M  O
P I N I O N








This is an appeal from a judgment signed July 17, 2002.  Appellants filed a timely motion for new
trial.  The notice of appeal was due
October 15, 2002.  See Tex. R. App. P. 26.1.  Appellants, however, filed their
notice of appeal on October 16, 2002, a date within 15 days of the due date for
the notice of appeal.  See Verburgt v. Dorner, 959 S.W.2d 615, 617 (Tex. 1997).  Appellants did not file a motion to extend
time to file the notice of appeal.  On
December 31, 2002, we ordered appellants to file a proper motion to extend time
to file the notice of appeal on or before January 10, 2003.  See Tex.
R. App. P. 26.3;10.5(b).  Appellants did not file a motion.  We, therefore, dismiss the appeal.  See Tex.
R. App. P. 42.3.

 

PER CURIAM

Opinion filed January 23, 2003.

Panel consists of Justices Yates,
Anderson, and Frost.